# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | No. 99-445 |
| v. | : | |
| | : | **CIVIL ACTION** |
| **DAMEIA O. SMITH** | : | No. 16-3222 |

# ORDER

This 23rd day of February, 2022, it is hereby **ORDERED** that Movant Dameia Smith's Motion to Correct Sentence under 28 U.S.C. § 2255, ECF 135 and ECF 137, is **DENIED** for the reasons set forth in the accompanying memorandum. There is no basis for the issuance of a certificate of appealability.

It is further **ORDERED** that Movant Dameia Smith's Motion for Sentencing Modification Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF 138, is **DENIED** for the reasons set forth in the accompanying memorandum.

/s/ Gerald Austin McHugh
United States District Judge