**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | **NO. 99-445** |
| | : | |
| **DAMEIA O. SMITH** | : | |

## ORDER

This 30th day of May, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner Smith's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (ECF 135) is **DENIED**.

Because the Third Circuit Court of Appeals has not addressed the issue presented here, a certificate of appealability shall issue. 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

/s/ Gerald Austin McHugh
United States District Judge